### LOUISVILLE & N. R. CO. v. WILLIAMS.

Court of Appeals of Kentucky.

June 21, 1946.

James P. Helm, J. P. Hamilton, and H. T. Lively for movant.
Julius Leibson for appellee.
PER CURIAM.
Appeal denied; Judgment affirmed.